27105.  MICKAS v. MICKAS.

Nichols, Justice. Ralph Fred Mickas was granted a divorce from Marlene Mickas, and thereafter a motion to set aside and vacate such decree was filed by Marlene Mickas. This motion was overruled and the present appeal filed. *Held:*

1. The requirements of the Civil Practice Act (Ga. L. 1966, p. 609, as amended) (*Code Ann.* § 81A-104 (e, 1, iii)) that notice of service by publication be published four times at least 7 days apart are met where the publication is made on the same day of successive weeks. See *Code Ann.* §§ 81A-106 (a), 102-102 (8).

2. It has long been the rule in Georgia that substance and not mere nomenclature controls in determining the nature of pleadings. *Chance v. Planters Rural Telephone Co-Op.,* 219 Ga. 1, 5 (131 SE2d 541). Accordingly, where, as in the present case, the substance of the plaintiff's pleading seeking a divorce was sufficient to comport with the statutory requirements whether denominated as a "complaint" or "petition" is immaterial.

3. Allegations that the defendant is a resident of another

state and that the plaintiff has been a resident of the county in Georgia where the divorce action is filed for more than six months is a sufficient allegation of venue. *Tate v. Tate*, 220 Ga. 393 (139 SE2d 297). Such an allegation is distinguishable from that in *Johnson v. Johnson*, 222 Ga. 433 (150 SE2d 684) relied upon by the appellant where the allegations were merely that the plaintiff had been a resident of Georgia for six months.

No error of law appearing, the judgment overruling the appellant's motion to vacate and set aside the divorce decree is affirmed.

*Judgment affirmed. All the Justices concur.*
ARGUED MARCH 15, 1972—DECIDED APRIL 6, 1972.

*G. Gibson Dean, II,* for appellee.